# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0715

VERSUS

LA'KEISHA SHANAE ADAMS

OCTOBER 1, 2021

---

In Re:   La'Keisha Shanae Adams, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 06-CR1-94104.

---

BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT